IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:15-cv-00197-FL

| | |
|---|---|
| LISA K. NICHOLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The Court hereby awards Plaintiff $3,000.00 in attorney's fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), and an award of costs in the amount of $400.00, paid to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any attorney's fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED this  22nd   day of September, 2016.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE